| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 5:02CR50114-01 |
|---|---|---|
| | FILED | DOCKET NUMBER *(Rec. Court)* 05-20428 Ma V |
| | 2005 DEC -7 PM 3:56 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Murry E. Howell 1571 Courtfield Lane Collierville, TX 38017 | DISTRICT WESTERN DISTRICT OF LOUISIANA | DIVISION SHREVEPORT |
|---|---|---|
| | NAME OF SENTENCING JUDGE TOM STAGG | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM MARCH 18, 2004 / TO MARCH 17, 2007 |

OFFENSE

Conspiracy to Commit Mail and Wire Fraud.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF LOUISIANA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 25, 2005
_____        _____
Date                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 29, 2005
_____        _____
Effective Date                   United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-12-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20428 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT